The People of the State of New York, Respondent,
against
Javier Miranda, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lynn R. Kotler, J.), rendered September 12, 2012, convicting him, upon a plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Lynn R. Kotler, J.), rendered September 12, 2012, affirmed.
The accusatory instrument was jurisdictionally valid because it described facts of an evidentiary nature establishing reasonable cause to believe that defendant was guilty of petit larceny (see Penal Law § 155.25). The instrument alleges that a Loss Prevention Associate at a specified Disney store observed defendant "remove 25 tee shirts from a shelf" and conceal them in a Disney bag, and then observed defendant "outside the store in possession of the property without paying for it," and that the property "belonged to the store and for which defendant had no receipt." Contrary to defendant's present contentions, these allegations were sufficient for pleading purposes to establish that defendant exercised dominion and control over the merchandise inconsistent with the rights of the owner (see People v Olivo, 52 NY2d 309, 317-319 [1981]; People v Livingston, 150 AD3d 448 [2017], lv denied 29 NY3d 1093 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 12, 2019